# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **MAURICE S. VAUGHN, et al.,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:09-cv-00097 |
| | : | |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| | : | |
| **RA SHONDA KAY MARSHALL** | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendant. | : | |

## ORDER SETTING STATUS CONFERENCE

This case is set for Status Conference on **Thursday, January 26, 2012,** beginning at **3:00 p.m.** in the Court's Chambers, Room 319.  Trial Counsel for the respective parties are to appear, and if Defendant is proceeding pro se then she is to appear,  and bring their trial calendars.

At the Status Conference, the Court will address setting a trial date and any issues necessary for a speedy and just resolution of the pending action.  This Order supersedes any prior orders setting a status conference.

**IT IS SO ORDERED.**

                                                                     s/Algenon L. Marbley
                                                                      **ALGENON L. MARBLEY**
                                                                      **United States District Court Judge**

**DATE: January 6, 2012**