# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE S. VAUGHN, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:09-CV-97 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| RA SHONDA KAY MARSHALL, | : | Magistrate Judge Elizabeth |
| | : | Preston Deavers |
| | : | |
| Defendant. | : | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This case was set for settlement conference on March 26, 2012, at 10:30 a.m., pursuant to this Court's Order Setting Trial Date and Setting Settlement Conference. (Doc 65.) The parties submitted confidential assessment letters to the Court on March 19, 2012, in preparation for the settlement conference. The Court has reviewed the letters, and determined that the time allotted for the settlement conference will be used for a telephonic status conference, at which pretrial matters will be discussed. Counsel for Plaintiffs and Defendant Ra Shonda Kay Marshall, who is proceeding *pro se*, are ordered to call chambers at **10:30 a.m., March 26, 2012**, at (614) 719-3260.

    **IT IS SO ORDERED**

                                                  **s/ Algenon L. Marbley**
                                                    **Algenon L. Marbley**
                                                  **United States District Judge**

**Dated: March 23, 2012**