# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MAURICE S. VAUGHN, et al., : | |
| Plaintiffs, : | Case No. 2:09-CV-97 |
| v. : | JUDGE ALGENON L. MARBLEY |
| RA SHONDA KAY MARSHALL, : | Magistrate Judge Elizabeth Preston Deavers |
| Defendant. : | |

## ORDER SETTING TELEHPONIC SCHEDULING CONFERENCE

In an Order dated April 25, 2012, this Court granted Plaintiffs' Motion for Continuance of April 30, 2012 Trial and Certain Other Pretrial Dates. (Doc. 72, 75.) This Court continued the trial, in part, because during a status conference that took place on April 23, 2012, Defendant Ra Shonda Kay Marshall, who had been proceeding *pro se*, stated that she was in the process of securing counsel. Ms. Marshall's counsel filed a Notice of Appearance on May 9, 2012. (Doc. 77.) Counsel for the parties, therefore, are **ORDERED** to participate in a Telephonic Scheduling Conference before Judge Marbley on **June 1, 2012 at 9:00 a.m.** The Court will initiate the phone conference. The conference is not expected to exceed thirty minutes in length. This Court will set a revised trial schedule during the conference.

**IT IS SO ORDERED.**

s/ Algenon L. Marbley
**Algenon L. Marbley**
**United States District Judge**

**Dated: May 10, 2012**