# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| MAURICE S. VAUGHN, et al., | : | |
| | : | |
| Plaintiffs, | : | Case No. 2:09-CV-97 |
| | : | |
| v. | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| RA SHONDA KAY MARSHALL, | : | Magistrate Judge Elizabeth |
| | : | Preston Deavers |
| Defendant. | : | |

## ORDER RESETTING TELEPHONIC SCHEDULING CONFERENCE

Due to the Court's Trial Calendar the Telephonic Status Conference scheduled for June 1, 2012 at 9:00 a.m. is rescheduled for **Thursday, May 31, 2012 at 10:30 a.m.**  The Court will initiate the phone conference.  The conference is not expected to exceed thirty minutes in length.  This Court will set a revised trial schedule during the conference.

   IT IS SO ORDERED.

                                                    s/Algenon L. Marbley
                                                    **Algenon L. M arbley**
                                                    **United States District Judge**

**Dated: May 25, 2012**